ORIGINAL

FILED
U.S. DISTRICT COURT

2010 SEP 16 PM 4:50

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ABDIWALI MAHAMED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 310-023 |
| | ) |
| ERIC HOLDER, Attorney General, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice and shall be **CLOSED**.

SO ORDERED this 16th day of September, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE